# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2024 KW 0830

VERSUS

DONOVAN WRIGHT                                          **NOVEMBER 4, 2024**

---

In Re:    Donovan Wright, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          742992.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**  The record of the Terrebonne Parish Office of
the Clerk of Court shows that relator filed a motion to dismiss in
this matter.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT